| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:09-00218-11 |
| | ) CHIEF JUDGE HAYNES |
| HOSSEIN MOHAMMADABADI | ) |

**MOTION TO JOIN CO-DEFENDANTS' MOTIONS**

*[Handwritten annotation: The motion to join is GRANTED. /s/ 11-19-12]*

Comes now the Defendant Hossein Mohammadabadi, through counsel, and respectfully moves this Honorable Court to allow him to join the following Co-Defendants' Motions.

1. Co-Defendant Vazgen Fakhoorian's Motion for a brief continuance of motion deadline (D.E. # 276);

2. Co-Defendant Hassan Shams' Motion for co-conspirators' statements (D.E. # 277);

3. Co-Defendant Hassan Shams' Motion for daily transcripts (D.E. # 278);

4. Co-Defendant Hassan Shams' Motion for disclosure of impeaching information (D.E. # 279);

5. Co-Defendant Hassan Shams' Motion for Enright hearing (D.E. # 280);

6. Co-Defendant Hassan Shams' Motion for identification of recordings (D.E. # 282);

7. Co-Defendant Hassan Shams' Motion for early Jencks disclosure (D.E. # 283);

8. Co-Defendant Hassan Shams' Motion to exclude other acts evidence